# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willams, Mary Ellen C. | US Court of Federal Claims | 07/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination Date  ☐ Initial  ✔ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Content Advisory Board | ABA Section of Intellectual Property Law |
| 2. | Council Member, Section Delegate | ABA Section of Public Contract Law |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | Member - Advisory Comm. to the Standing Comm. on Law & National Security | ABA |
| 5. | Adjunct Professor | Johns Hopkins University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed financial advisor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 07/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. (T) | A | Dividend | J | T | | | | | |
| 2. Abbott Lab Common Stock (ABVIE) | A | Dividend | J | T | | | | | |
| 3. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 4. Charter Communications Inc New CL A (CHTR) | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Checking | A | Interest | K | T | | | | | |
| 6. Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 7. - Fixed Account | | None | K | T | | | | | |
| 8. - VP Aggresive Class 4 | | None | L | T | | | | | |
| 9. - Riversource Variable Universal Life Ins. (H) | | | | | | | | | |
| 10. - Fixed Account | | None | K | T | | | | | |
| 11. - VP Mod Aggressive Class 4 | | None | M | T | | | | | |
| 12. - Wells Fargo (MM) | A | Interest | J | T | | | | | |
| 13. - Wells Fargo Checking | A | Interest | K | T | | | | | |
| 14. - Fidelity Advisor New Insights Cl A (FNIAX) | A | Dividend | K | T | | | | | |
| 15. - Ameriprise (AMP) | B | Dividend | L | T | | | | | |
| 16. -Invesco QQQETF (QQQ) | B | Dividend | N | T | Buy (add'l) | 03/05/20 | M | | |
| 17. IShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | Buy (add'l) | 03/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Willams, Mary Ellen C.** | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  IShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | Buy (add'l) | 10/30/20 | J | | |
| 19.  Vanguard Info Tech ETF (VGT) | C | Dividend | N | T | | | | | |
| 20.  Ameriprise MM | A | Interest | J | T | | | | | |
| 21.  Fidelity Advisor Strategic Income CL I (FSRIX) | C | Dividend | M | T | | | | | |
| 22.  Pimco Income Cl.12 (PONPX) | D | Dividend | M | T | | | | | |
| 23.  Invesco QQQ ETF (QQQ) | B | Dividend | M | T | | | | | |
| 24.  Hlther Sel Sect SPDR ETF (XLV) | A | Dividend | J | T | | | | | |
| 25.  Vanguard Info Tech ETF (VGT) | A | Dividend | L | T | | | | | |
| 26.  Williams Family Rev Trust | | | | | | | | | |
| 27.  - Cash Ameriprise MM | A | Interest | M | T | | | | | |
| 28.  - Eaton Vance Floating Rate CL A (EVBLX) | A | Dividend | K | T | | | | | |
| 29.  - Eaton Vance Short Duration Govt Income Cl A (EALDX) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 30.  - Eaton Vance Global Macro Absolute Return Advntg CL A (EGRAX) | A | Dividend | K | T | | | | | |
| 31.  - Federated High Income Bond CL A (FHIIX) | A | Dividend | J | T | | | | | |
| 32.  - T Rowe Price Maryland Tax Free Bond (MDXBX) | D | Interest | M | T | | | | | |
| 33.  - Medtronic PLC (MDT) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 34.  - Alphabet Inc Cl C (GOOG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 36.   - Amazon.Com Inc (AMZN) | A | Dividend | K | T | | | | | |
| 37.   - Ameriprise Financial Inc (AMP) | A | Dividend | J | T | | | | | |
| 38.   - Apple Inc (AAPL) | B | Dividend | L | T | | | | | |
| 39.   - ARK Innovation ETF (ARKK) | A | Dividend | K | T | | | | | |
| 40.   - Brighthouse Financial Inc (BHF) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 41.   - Bristol Myers Squibb Company (BMY)) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 42.   - Cisco Systems Inc. (CSCO) | A | Dividend | | | Sold | 10/09/20 | J | B | |
| 43.   - Coca-Cola Company (KO) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 44.   - Comcast Corp CL A New (CMCSA) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 45.   - Conocophillips (COP) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 46.   - Walt Disney Co (DIS) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 47.   - Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 48.   - Gilead Sciences Inc. (GILD) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 49.   - Innovator Loup Frontier Tech ETF (LOUP) | A | Dividend | K | T | Buy | 12/16/20 | K | | |
| 50.   - Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 51.   - Invesco QQQ ETF (QQQ) (X) | A | Dividend | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - IShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | | | | | |
| 53. - Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 03/27/20 | J | A | |
| 54. - Mastercard Inc CL A (MA) | A | Dividend | K | T | | | | | |
| 55. - McDonalds Corp (MCD) | A | Dividend | | | Sold | 03/27/20 | J | C | |
| 56. - Merck & Company Inc New (MRK) | A | Dividend | | | Sold | 03/27/20 | J | C | |
| 57. - Metlife Inc. (MET) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 58. - Netflix Inc. (NFLX) | A | Dividend | K | T | | | | | |
| 59. - Oracle Corp (ORCL) | A | Dividend | J | T | | | | | |
| 60. - PNC Financial Services Group Inc. (PNC) | A | Dividend | | | Sold | 03/27/20 | J | C | |
| 61. - Proctor & Gamble Company (PG) | A | Dividend | | | Sold | 03/27/20 | J | B | |
| 62. - Sector Healthcare Select Sector SPDR ETF (XLV) | A | Dividend | K | T | | | | | |
| 63. - Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 64. - Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 65. - Sector Industrial Select Sector SPDR ETF (XLI) | A | Dividend | K | T | | | | | |
| 66. - Select Sector TR Real Estate SPDR ETF (XLI) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 67. - Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 68. - United Technologies Corp (UTX) | A | Dividend | | | Sold | 03/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Verizon Communications Inc. (VZ) | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 70.  - Walgreens Boots Alliance Inc. (WBA) | A | Dividend | | | Sold | 03/05/20 | J | A | |
| 71.  GTW/ACW Irrev Trust FBO JTW | A | Interest | N | T | | | | | |
| 72.  GTW/ACW Irrev Trust FBO JAW | A | Interest | N | T | | | | | |
| 73.  Fidelity Advisor Strategic Income CL I (FSTAX) | B | Dividend | L | T | Sold (part) | 03/05/20 | L | B | |
| 74.  AKRE Focus Retail CL (AKREX) | A | Dividend | L | T | Buy | 03/27/20 | L | | |
| 75.  Blackrock Technology Opptys Instl CL (BGSIX) | A | Dividend | J | T | Buy | 11/18/20 | J | | |
| 76.  Fidelity Advisor Strategic Income Cl I (FSRIX) | C | Dividend | M | T | | | | | |
| 77.  Federated MDT Mid Cap Growth Instl Cl (FGSIX) | A | Dividend | M | T | Sold (part) | 03/27/20 | K | A | |
| 78.  IShares Core S&P 500 ETF (IVV) | D | Dividend | N | T | | | | | |
| 79.  MFS Intl Diversification Cl I (MDIJX) | B | Dividend | L | T | Sold (part) | 03/27/20 | K | A | |
| 80.  PGIM Total Return Bond Cl Z (PDBZX) | C | Dividend | L | T | Sold (part) | 03/27/20 | K | A | |
| 81.  PIMCO Income Cl I-2 (PONPX) | D | Dividend | M | T | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 07/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willams, Mary Ellen C.** | 07/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Part VII, Rows 1-4 were transferred to a child who is no longer a minor.  These were formerly custodial accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Willams, Mary Ellen C. | 07/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ellen C. Willams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544